Joanne Hall
41 Foxwood Drive
Moorestown, NJ 08057
(609) 636-9781
Joannehall2@yahoo.com

January 19, 2022

United States District Court
Eastern District of North Carolina
Courthouse
310 New Bern Avenue
Raleigh, NC 27601

Attention:    Peter A. Moore, Jr.
                 Clerk of Court

**Re:    Joanne Hall, et al vs. Charlotte Arena Operations, LLC, et al**

Dear Mr. Moore:

I am a pro se plaintiff and respectfully request that your office please file the following pleadings for my slip and fall accident which occurred on February 17, 2019 in Charlotte, NC. There are 9 defendants in this civil case.

- Civil Cover Sheet
- 3 copies of a Writ of Summons for each of the 9 defendants
- 10 Complaints for a Civil Case
- Notice of Self-Representation

I am enclosing a check in the amount of $402.00 payable to the Clerk of U.S. District Court for your filing fee. The U.S. Marshall's office informed me that a charge of $65.00 is required for service at each separate location. There are 3 separate locations for service upon defendants.

- There are 5 defendants at the same location on East Trade Street, Charlotte, NC
- There is 1 defendant at a different location at 600 East 4th Street, Charlotte, NC
- There is 1 defendant located in Concord, NC
- Total 7 defendants for service in NC
- There are 2 out of state defendants in Texas

1

I am enclosing a check in the amount of $455.00 payable to the US Marshall's Service. Please send the pleadings and check to the U.S. Marshall's office.

Your prompt attention would be appreciated since the statute of limitations will expire on February 16, 2022. I have enclosed a self-addressed, stamped return envelope so that you may send me a copy of the filed complaint.

If you have any questions, please do not hesitate to contact me. Thank you for your attention and cooperation.

Sincerely,

*Joanne Hall*

JOANNE HALL

Enclosures