ORIGIN ID:KOTA (856) 988-5500
RITA BOHUS
SHIP DATE: 19JAN22
ACTWGT: 1.00 LB
CAD: 252184447/INET4460

10000 LINCOLN DRIVE EAST
SUITE 201
MARLTON, NJ 08053
UNITED STATES US

BILL SENDER

TO PETER A. MOORE, JR., CLERK OF COURT
UNITED STATES DISTRICT COURT
310 NEW BERN AVE.
COURTHOUSE
RALEIGH NC 27601
(919) 645-1700   REF: LAVNER 1968

THU - 20 JAN 4:30P
STANDARD OVERNIGHT

TRK# 7757 9637 4161
0201

U8 SOPA

27601
NC-US RDU

